IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WESAYE TARWILLIE | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: |
| INTERCOOLER, INC., *et al.* | * | |
| Defendants | * | |

* * * * * * * * * * * * *

**NOTICE OF REMOVAL**

Petitioner/Defendant, Intercooler, Inc. ("Intercooler"), through its undersigned attorneys, pursuant to 28 U.S.C. §1441 *et. seq.*, files this Notice of Removal of this action from the Circuit Court for Prince George's County, Maryland, in which it is now pending, to the United States District Court for the District of Maryland, and in support thereof respectfully avers as follows:

1. Petitioner Intercooler has been named as Defendant in a suit filed in the Circuit Court for Prince George's County, Case No.: CAL 18-32485.

2. Petitioner Intercooler is incorporated and has its principal place of business in the Commonwealth of Virginia.

3. Ellis Blount, who is named as Defendant, is a resident of the State of North Carolina.

4. Michael Tizzano, who is named as Defendant, is a resident of the State of New York.

5. Postal Fleet Services, Inc., who is named as Defendant, is incorporated in the State of Delaware and has its principal place of business in the State of Florida.

6. Ryder Truck Rental, Inc., who is named as Defendant, is incorporated and has its principal place of business in the State of Florida.

7. According to the State Court docket, there has been no service of process of Co-Defendants, Ellis Blount, Postal Fleet Services, Inc., or Michael Tizzano in the subject action.

8. The above-entitled action is one in which this Court has original jurisdiction pursuant to Title 28 U.S.C. §1332. Petitioner seeks to remove this action to this Court under Title 28 U.S.C. §1441.

9. Filed herewith as Exhibits 1 through 3 are copies of the Writ of Summons issued to Intercooler, Inc.; Civil – Non-Domestic Case Information Report; and Complaint and Demand for Jury Trial.

10. The above-entitled matter is a civil action in which the Plaintiff alleges negligence on the part of Petitioner/Defendant.

11. Petitioner is entitled to removal because there is complete diversity of citizenship between Plaintiff and Defendants and the amount in controversy exceeds $75,000.00. Plaintiff is resident of Prince George's County, Maryland. Petitioner/Defendant Intercooler is incorporated and has its principal place of business in the Commonwealth of Virginia. Co-Defendant, Ellis Blount, is a resident of the State of North Carolina. Co-Defendant, Michael Tizzano, is a resident of the State of New York. Co-Defendant, Postal Fleet Services, Inc., is incorporated in the State of Delaware and has its principal place of business in the State of Florida. Co-Defendant Ryder Truck Rental, Inc., is incorporated and has its principal place of business in the State of Florida. Plaintiff's Complaint seeks judgment in excess of $75,000.00.

12. All served Defendants consent to removal.

WHEREFORE, Petitioner/Defendant, Intercooler, Inc., respectfully requests that the above-entitled action be removed from the Circuit Court for Prince George's County, Maryland to the United States District Court for the District of Maryland.

Respectfully submitted,

Tamara B. Goorevitz (#25700)
Patrick M. Wachter (#19586)
FRANKLIN & PROKOPIK, P.C.
Two North Charles Street, Suite 600
Baltimore, MD 21201
(410) 230-3625
(410) 752-6868 (fax)
tgoorevitz@fandpnet.com
pwachter@fandpnet.com
*Attorneys for Petitioner/Defendant, Intercooler, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of November, 2018, a copy of the foregoing Notice of Removal was served via the Court's ECF system upon or as indicated, via first class mail, postage prepaid, to:

Deborah L. Potter, Esq.
Potter Burnett Law
16701 Melford Blvd., Suite 421
Bowie, MD 20715
*Attorneys for Plaintiff*

James R. Anderson *(courtesy copy – via 1st class mail)*
Rollins, Smalkin , Richards & Mackie, LLC
401 N. Charles Street
Baltimore, MD 21201
*Attorneys for Co-Defendant,*
*Ryder Truck Rental, Inc.*

Tamara B. Goorevitz