IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

WESAYE TARWILLIE  :
7502 Newburg Dr.
Lanham, MD 20706  :

            Plaintiff  :

  v.  :

INTERCOOLER INC.  :
Resident Agent: SMK Business
Center LLC  :
2011 Queen Street
Portsmouth, VA 23704  :

CAL18-32485

      and  :

ELLIS BLOUNT  :
116 Greys Mill Court
Rocky Mount, NC 27804  :

      and  :

POSTAL FLEET SERVICES, INC.  :
Resident Agent: Dorris, L. D
2808 5th Street N, Suite 501  :
SAINT AUGUSTINE, FL 32084

      and  :

RYDER TRUCK RENTAL INC.  :
Resident Agent: Robert D. Fatovic
11690 NW 105 Street  :
Miami, Florida 33178

      and  :

MICHAEL TIZZANO  :
29 Sycamore Street
Massapequa, NY 11758  :

           Defendants  :

POTTER BURNETT LAW
16701 MELFORD BLVD
SUITE 421
BOWIE, MD 20715
301.850.7000

Exhibit 3

## COMPLAINT

Plaintiff, Wesaye Tarwillie, by and through his attorney, Deborah L. Potter and Potter Burnett Law, LLC, hereby files suit against the Defendants, Intercooler Inc., Ellis Blount, Postal Fleet Services Inc., Ryder Truck Rental Inc., and Michael Tizzano, and for reasons, states as follows:

### INTRODUCTION

1. On or about May 16, 2017, Plaintiff, Wesaye Tarwillie, was the passenger of a tractor trailer operated by the Defendant, Michael Tizzano, and owned by Ryder Truck Rental Inc. At all times relevant herein, Defendant Tizzano, was the agent, servant and/or employee of Defendant Postal Fleet Services Inc. and/or Defendant Ryder Truck Rental Inc. Defendant Tizzano was traveling in the southbound rest area of I-95 in Howard County, Maryland.

2. At that same time and place, a tractor trailer driven by the Defendant, Ellis Blount, who at all times relevant herein was the agent, servant and/or employee of Intercooler Inc., the owner of said tractor trailer, collided with the tractor trailer the Plaintiff was a passenger in.

3. At all times relevant herein, the Plaintiff, Wesaye Tarwillie, was exercising due care, and was free of negligence.

### COUNT I- Negligence of Defendants Blount and Intercooler Inc.

4. Plaintiff, Wesaye Tarwillie, realleges the facts and allegations set forth in the Introduction, and further states as follows:

5. The negligence of the Defendant, Ellis Blount, who was acting at all

POTTER BURNETT LAW
16701 MELFORD BLVD
SUITE 421
BOWIE, MD 20715
301.850.7000

Exhibit 3

times relevant herein as the agent, servant and/or employee of Intercooler Inc., was the proximate cause of the collision and/or contributing factor in the collision in that said Defendant negligently failed to yield the right-of-way, negligently failed to keep proper control of his vehicle, negligently failed to keep a proper lookout for other vehicles, and was otherwise careless and negligent, thereby causing a collision with the tractor trailer that the Plaintiff occupied.

6. As a result of the negligence of said Defendant, who was acting at all times relevant herein as the agent, servant, and/or employee of the Defendant, Intercooler, Inc., Plaintiff did suffer great pain and permanent injury, mental anguish, loss of income, property damage, and has incurred and in the future will incur medical expense.

WHEREFORE, Plaintiff, Wesaye Tarwillie, demands judgment against said Defendants in the sum in excess of Seventy Five Thousand Dollars ($75,000.00).

<u>COUNT II- Negligence of Defendants Tizzano, Postal Fleet Services Inc. and Ryder Truck Rental Inc.</u>

4. Plaintiff, Wesaye Tarwillie, realleges the facts and allegations set forth in the Introduction, and further states as follows:

5. The negligence of the Defendant, Michael Tizzano, who was acting at all times relevant herein as an agent, servant and/or employee of Postal Fleet Services Inc. and/or Ryder Truck Rental Inc. was the proximate cause of the collision and/or contributing factor in the collision in that said Defendant negligently failed to yield the right-of-way, negligently failed to keep proper control of his vehicle,

POTTER BURNETT LAW
16701 MELFORD BLVD
SUITE 421
BOWIE, MD 20715
301.850.7000

Exhibit 3

negligently failed to keep a proper lookout for other vehicles, and was otherwise careless and negligent, thereby causing a collision with the motor vehicle that the Plaintiff occupied.

6. As a result of the negligence of said Defendant, who was acting at all times relevant herein as the agent, servant, and/or employee of the Defendants, Postal Fleet Services Inc. and/or Ryder Truck Rental Inc., Plaintiff did suffer great pain and permanent injury, mental anguish, loss of income, property damage, and has incurred and in the future will incur medical expense.

WHEREFORE, Plaintiff, Wesaye Tarwillie, demands judgment against said Defendants in the sum in excess of Seventy Five Thousand Dollars ($75,000.00).

_____
Deborah L. Potter (CPF No. 9012190207)
Attorney for Plaintiff
16701 Melford Blvd, Suite 421
Bowie, MD 20715
(301) 850-7000
Debbie@PotterBurnettLaw.com

DEMAND FOR JURY TRIAL

Plaintiff demands Trial by Jury on all issues herein.

_____
Deborah L. Potter

POTTER BURNETT LAW
16701 MELFORD BLVD
SUITE 421
BOWIE, MD 20715
301.850.7000

Exhibit 3