## U.S. DISTRICT COURT, DISTRICT OF MARYLAND
### (GREENBELT)

| | | |
|---|---|---|
| **Wesaye Tarwillie** | * | |
| **Plaintiff** | * | |
| v. | * | Case No.: 8:18-cv-03450-TDC |
| **Intercooler, Inc., et al** | * | |
| **Defendants** | * | |
| | | |
| **Intercooler, Inc., et al.** | * | |
| **Defendants/Cross-Plaintiffs** | * | |
| **v.** | * | |
| **Postal Fleet Services, Inc. , et al.** | * | |
| **Defendants/Cross-Defendants** | * | |

### JOINT STIPULATION OF VOLUNTARY DISMISSAL

The parties, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41, hereby jointly stipulate and agree to the dismissal of all claims and cross-claims in this matter with prejudice.

| | |
|---|---|
|   /s/ Deborah L. Potter (with permission) |     /s/Matthew T. Angotti |
| Deborah L. Potter | Matthew T. Angotti, (# 5949) |
| 16701 Melford Blvd., Ste. 421 | Slava R. Kuperstein, (# 20633) |
| Bowie, MD 20715 | Anderson Coe King, LLP |
| *Attorney for Plaintiff* | 7 St. Paul Street, Ste. 1600 |
| | Baltimore, MD 21202 |
|   /s/ Tamara Goorevitz (with permission) | Ph.: (410) 752-1630/Fx: (410) 752-0085 |
| Tamara Goorevitz (#25700) | kuperstein@acklaw.com |
| Patrick M. Wachter (#19586) | *Attorney for Defendants/Cross-Defendants* |
| Franklin & Prokopic | *Postal Fleet Services, Inc., Ryder Truck Rental,* |
| 2 N Charles Street, Ste. 600 | *Inc., and Michael Tizzano* |
| Baltimore, MD 21201 | |
| *Attorneys for Defendants/Cross-Plaintiffs* | |
| *Intercooler, Inc. and Ellis Blount* | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** this 8th day of September, 2019, I caused a copy of the foregoing to be electronically filed and served upon and/or mailed to:

Deborah L. Potter, Esquire
16701 Melford Blvd., Ste. 421
Bowie, MD 20715
*Attorney for Plaintiff*

Tamara Goorevitz, Esquire
Franklin & Prokopic
2 N Charles Street, Ste. 600
Baltimore, MD 21201
*Attorney for Defendants/Cross-Plaintiffs*
*Intercooler, Inc. and Ellis Blount*

                                           /s/ Slava Kuperstein
                                         Slava R. Kuperstein, (Bar #20633)